value. Judgment affirmed in accordance with Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

Darrion GUTHRIE, Appellant.

Darrion GUTHRIE, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67851, 71663.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 10, 1997.

STATE of Missouri, Plaintiff/Respondent,

v.

Eddie Lee DOUGLAS,
Defendant/Appellant.

Eddie Lee DOUGLAS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 68122, 70366.

Missouri Court of Appeals,
Eastern District,
Division One.

June 10, 1997.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Movant appeals after sentencing on charge of rape, § 566.060 RSMo Cum.Supp.1992, and denial of his Rule 29.15 motion for post conviction relief without an evidentiary hearing. The direct appeal issues are without merit. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential